**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Glen** First Name <br> **L.** Middle Name <br> **Graves** Last Name <br> **II** Suffix (Sr., Jr., II, III) | **Diane** First Name <br> **C.** Middle Name <br> **Graves** Last Name <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and "doing business as" names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First Name <br> Middle Name <br> Last Name <br><br> First Name <br> Middle Name <br> Last Name <br><br> Business name (if applicable) <br> Business name (if applicable) | First Name <br> Middle Name <br> Last Name <br><br> First Name <br> Middle Name <br> Last Name <br><br> Business name (if applicable) <br> Business name (if applicable) |

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**                                          Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)

xxx – xx – _3_ _9_ _2_ _8_          xxx – xx – _9_ _5_ _0_ _4_

OR                                          OR

9xx – xx – ____ ____ ____ ____          9xx – xx – ____ ____ ____ ____

**4.** Your Employer Identification Number (EIN), if any.

____ ____ – ____ ____ ____ ____ ____ ____ ____          ____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN                                          EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____          ____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN                                          EIN

**5.** Where you live

**122 E. Park Drive**                    If Debtor 2 lives at a different address:
Number     Street                          _____
                                           Number     Street

_____          _____

_____          _____

**Montgomery**      **TX**   **77356**          _____
City               State   ZIP Code          City               State   ZIP Code

**Montgomery**                               _____
County                                       County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____          _____
Number     Street                          Number     Street

_____          _____
P.O. Box                                    P.O. Box

_____          _____
City               State   ZIP Code          City               State   ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*                                 *Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain. (See 28 U.S.C. § 1408.)

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Debtors' principal assets are located in this district**

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**                 Case number (if known) _____

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                                    MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                    MM / DD / YYYY    if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                    MM / DD / YYYY    if known

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

       ☐ No. Go to line 12.

       ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Glen L. Graves, II** | | |
|---|---|---|---|
| Debtor 2 | **Diane C. Graves** | Case number (if known) | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                    State          ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a _small business debtor_ or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

_If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)._

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

_For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?_

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number      Street

_____

_____
City                                    State          ZIP Code

---

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**

Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**                                          Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No.  Go to line 16b.
- ☐ Yes.  Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No.  Go to line 16c.
- ☑ Yes.  Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

- ☐ No.  I am not filing under Chapter 7.  Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18.** How many creditors do you estimate that you owe?

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Glen L. Graves, II** _____    X **/s/ Diane C. Graves** _____
    Glen L. Graves, II, Debtor 1                          Diane C. Graves, Debtor 2

Executed on **04/27/2023** _____                Executed on **04/27/2023** _____
            MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Patrick T. Williams** _____    Date **04/27/2023** _____

Signature of Attorney for Debtor                                               MM / DD / YYYY

**Patrick T. Williams** _____

Printed name

**Patrick T. Williams, Attorney at Law** _____

Firm Name

**13231 Champion Forest Dr., Suite 214** _____

Number          Street

_____

_____

**Houston** _____    **TX**      **77069** _____

City                                                          State    ZIP Code

Contact phone   **(281) 587-2823** _____    Email address **patricktwilliams@sbcglobal.net** ___

**00789729** _____    **TX** _____

Bar number                                                   State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**122 E. Park Drive**
Street address, if available, or other description

_____

| | | |
|---|---|---|
| **Montgomery** | **TX** | **77356** |
| City | State | ZIP Code |

**Montgomery**
County

**122 E. Park Drive, Montgomery, TX
77356
April Sound 04, Block 4, Lot 38,39**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$608,070.00

**Current value of the portion you own?**

$608,070.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☑ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

| Debtor 1 | **Glen L. Graves, II** | | |
|---|---|---|---|
| Debtor 2 | **Diane C. Graves** | | |
| | | Case number (if known) | |

---

**1.2.**

**lot contiguous to lots on which house is located**
**April Sound 04, Block 4, Lot 37**

**Montgomery**
County

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,000.00** | **$46,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☑ **Check if this is community property**
(see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here................................ ➔ | **$654,070.00** |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

**3.1.**

| Make: | **Ram** |
|---|---|
| Model: | **1500 Sport** |
| Year: | **2021** |
| Approximate mileage: | **64,000** |

Other information:
**2021 Ram 1500 Sport (approx. 64,000 miles)**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$33,189.00** | **$33,189.00** |

**3.2.**

| Make: | **Honda** |
|---|---|
| Model: | **Crosstour** |
| Year: | **2013** |
| Approximate mileage: | **100,000** |

Other information:
**2013 Honda Crosstour (approx. 100,000 miles)**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,788.00** | **$9,788.00** |

---

| Debtor 1 | **Glen L. Graves, II** |
|---|---|
| Debtor 2 | **Diane C. Graves** |

Case number (if known) _____

---

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Jaguar** | Check one. | |
| Model: | **XSP** | ☐ Debtor 1 only | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$200.00** / **$200.00** |

Other information:
**2002 Jaguar XSP**
**has not been in running condition for**
**several years**

☑ **Check if this is community property**
(see instructions)

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **KZ Sportsmen** | Check one. | |
| Model: | **Classic 130RBSE** | ☐ Debtor 1 only | |
| Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$6,250.00** / **$6,250.00** |

Other information:
**2020 KZ Sportsmen Classic 130RBSE**

☑ **Check if this is community property**
(see instructions)

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................➔**   **$49,427.00**

---

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.    Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **sofas (4) $2,000; side chairs (2) $50;**<br>**coffee tables (2) $25; end tables (4) $50;**<br>**lamps (4) $50; kitchen table and chairs $75;**<br>**dining room tables and chairs (2 sets) $150;**<br>**refrigerators (2) $500; microwave oven $25;**<br>**freezer $25; dressers (2) $50; armoire $50;**<br>**nightstand $25; beds (5) $500; hand tools $50;**<br>**power tools (2) $100; patio furniture $75;**<br>**washing machine $300; clothes dryer $200;**<br>**books $250; pictures/wall hangings $200;**<br>**artwork $500; movies $25; music $50** | **$4,300.00** |

**7.    Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **television $75;speakers (4) $50; computer $150;**<br>**cell phones (2) $400;**<br>**Apple watch $200** | **$875.00** |

---

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**   Case number (if known) _____

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe..... | **coins:  twenty (20) quarters worth $12.50 per coin = fair marke value $250;** | **$250.00**

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe..... | **camera equipment $350;** <br> **two (2) bicycles $850;** <br> **treadmill exercise equipment $400;** <br> **golf clubs, bag, gloves, golf balls $750** | **$2,350.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe..... | **12 gauge Smith & Wesson shotgun $200;** <br> **.22 caliber Remington rifle $150** | **$350.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... | **clothes - Debtor 1:** <br> **suits, pants, shirts, shoes, belts, coats, neckties $250** <br><br> **clothes - Debtor 2:** <br> **dresses, suits, skirts, pants, shirts, shoes, belts, coats $250** | **$500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... | **jewelry - Debtor 1:** <br> **wedding ring $100; gold necklace $250;** <br><br> **jewelry - Debtor 2:** <br> **diamond wedding ring $500** | **$850.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information............. | **Young Chang baby grand piano;** <br> **25-30 years old** | **$5,500.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** → | **$14,975.00**

Debtor 1     **Glen L. Graves, II**

Debtor 2     **Diane C. Graves**

Case number (if known) _____

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes.................................................................................................................. Cash: ......................... **$450.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes..........................        Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | Checking account: | **joint checking account no. xxxx9551** **Bank of America** | **$88.82** |
    | 17.2. | Checking account: | **joint checking account no. xxxx9564** **Bank of America** | **$426.89** |
    | 17.3. | Checking account: | **checking account no. xxxx0549** **Bank of America** | **$106.40** |
    | 17.4. | Checking account: | **checking account no. xxxx0536** **Bank of America** | **$38.74** |
    | 17.5. | Checking account: | **checking account no. xxxx2094** **Bank of America** **Name on account:  Glen Graves** | **$25.83** |
    | 17.6. | Checking account: | **checking account no. xxxx441-6** **Cadence Bank** | **$124.89** |
    | 17.7. | Other financial account: | **Investment account no. xxxx5350 with Janus Henderson Investors** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes..........................        Institution or issuer name:

    **2 shares of 3M stock @ 105.00 per share** **held in account at EQ Shareowner Services**                     **$210.00**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes.  Give specific information about them..........................

    Name of entity:                                             % of ownership:

    **40 shares of GLNX Corporation;** **Debtor is a 20% shareholder of the corporation**            **20%**              **$200.00**

Debtor 1     **Glen L. Graves, II**

Debtor 2     **Diane C. Graves**                                             Case number (if known) _____

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific
   information about
   them.......................... Issuer name:

**21.  Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

☐ No

☑ Yes.  List each
   account separately.   Type of account:   Institution name:

                          401(k) or similar plan:   **GLNX (employer sponsored) 401(k) plan**          **$310,185.56**

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No

☑ Yes...........................          Institution name or individual:

            Security deposit on rental unit:   **Security deposit on rental unit**
                                               **- security deposit $1,800**
                                               **- pet deposit $250**

                                               **The security deposits are not available to Debtors at
                                               petition date**                                         **$0.00**

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................   Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific
   information about them   _____   _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific
   information about them   _____   _____

**27.  Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific
   information about them   _____   _____

| Debtor 1 | **Glen L. Graves, II** |
|---|---|
| Debtor 2 | **Diane C. Graves** |

Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years....................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Universal life insurance policy on life of Debtor 1 via Lincoln Financial Group - policy # xxxx132** | | |
| **Accumulated cash value $107,034.55 Less loan payoff $97,880.95 = net cash surrender value $9,153.60** | **Diane C. Graves** | **$107,034.55** |
| **term life insurance policy on life of Debtor 1 issued by Farmers Insurance** | **Diane Graves** | **$0.00** |
| **term life insurance policy on life of Debtor 1 issued by MetLife** | **Diane Graves** | **$0.00** |
| **term life insurance policy on life of Debtor 1 issued by Chubb** | **Diane Graves** | **$0.00** |

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**                                  Case number (if known) _____

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........ _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................➔** | **$418,891.68**

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

                                                                   **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☑ Yes.  Describe.. | See continuation page(s). | **$392,889.00**

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☐ No
☑ Yes.  Describe.. | desk $300; printer $50; office supplies $150 | **$500.00**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe.. _____

**41. Inventory**

☑ No
☐ Yes.  Describe.. _____

Debtor 1  **Glen L. Graves, II**

Debtor 2  **Diane C. Graves**　　　　　　　　　　　　　　　　　　Case number (if known) _____

**42.  Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....  Name of entity:　　　　　　　　　　　　　　　% of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　　　　☐ No

　　　　☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☐ No

☑ Yes.  Give specific information.

**thirty seven (37) rail cars with a total fair market value of $708,200; further described as twenty three (23) low pressure tank cars, and fourteen (14) high pressure tank cars, individually listed with third party appraised values as follows:**

**GLNX 3601 $19,000;**
**GLNX 23030 $16,000;**
**GLNX 23031 $16,000;**
**GLNX 23051 $16,000;**
**GLNX 23321 $19,000;**
**GLNX 23566 $32,500;**
**GLNX 23567 $32,500;**
**GLNX 24124 $15,000**
**GLNX 24130 $17,000;**
**GLNX 25009 $55,000;**
**GLNX 25010 $55,000;**
**GLNX 83024 $16,000;**
**GLNX 83036 $17,000;**
**GLNX 83038 $17,000;**
**GLNX 83039 $17,000;**
**GLNX 86018 $15,500;**
**GLNX 86041 $15,000;**
**GLNX 86089 $14,000;**
**GLNX 86117 $21,000;**
**SJFX 122 $30,000;**
**SJFX 123 $30,000;**
**SJFX 156 $50,000;**
**SJFX 157 $50,000**

**GLNX 33024 $8,800;**
**GLNX 34034 $8,800;**
**GLNX 34335 $8,800;**
**GLNX 34340 $8,800;**
**GLNX 34349 $8,800;**
**GLNX 34357 $8,800;**
**GLNX 34589 $8,800;**
**GLNX 34597 $8,800;**
**GLNX 34652 $8,800;**
**GLNX 34653 $8,800;**
**GLNX 34705 $8,800;**
**GLNX 34723 $8,800;**
**GLNX 34727 $8,800;**
**GLNX 34739 $8,800**　　　　　　　　　　　　　　　　　　　　　**$708,200.00**

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**        Case number (if known) _____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................... ➔ | **$1,101,589.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes.... _____

48. **Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information................ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes.... _____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes.... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information................ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...................................................................................... ➔ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................. ➔ | **$0.00** |

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**

Case number (if known) _____

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**.................................................................................................➜    **$654,070.00**

56. **Part 2: Total vehicles, line 5**      **$49,427.00**

57. **Part 3: Total personal and household items, line 15**      **$14,975.00**

58. **Part 4: Total financial assets, line 36**      **$418,891.68**

59. **Part 5: Total business-related property, line 45**      **$1,101,589.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    +      **$0.00**

62. **Total personal property.**    Add lines 56 through 61..................    **$1,584,882.68**    Copy personal property total  ➜  +    **$1,584,882.68**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    **$2,238,952.68**

| Debtor 1 | **Glen L. Graves, II** | | |
|---|---|---|---|
| Debtor 2 | **Diane C. Graves** | Case number (if known) | |

38. <u>Accounts receivable or commissions you already earned (details):</u>

| | |
|---|---|
| **net rentals due from GLNX Corporation**<br>**(estimated amount due from quarter ended March 2023)** | **$17,278.00** |
| **proceeds due from GLNX corporation from the sale of tank cars GLNX 86266 & GLNX 86320,**<br>**which are not subject to any security interest** | **$25,000.00** |
| **Debtors are owed $350,611 by GLNX Corporation, for the proceeds from twenty-six (26)**<br>**scrapped rail cars.**<br>**The rail cars scrapped, and amounts owed for each by GLNX Corporation::** | **$350,611.00** |

**GLNX 33019  $12,098**
**GLNX 33021  $20,000**
**GLNX 33022  $20,000**
**GLNX 33025  $11,802**
**GLNX 34334  $13,415**
**GLNX 34336  $20,000**
**GLNX 34337  $ 9,165**
**GLNX 34339  $11,521**
**GLNX 34344  $ 9,137**
**GLNX 34348  $20,000**
**GLNX 34350  $11,579**
**GLNX 34358  $13,866**
**GLNX 34359  $10,982**
**GLNX 34510  $20,000**
**GLNX 34511  $20,000**
**GLNX 34576  $12,302**
**GLNX 34590  $12,199**
**GLNX 34596  $10,403**
**GLNX 34626  $11,406**
**GLNX 34627  $20,000**
**GLNX 34629  $ 8,138**
**GLNX 34721  $ 7,791**
**GLNX 34732  $ 8,494**
**GLNX 34736  $12,166**
**GLNX 34743  $ 9,978**
**GLNX 86037  $14,169**

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**

Case number (if known) _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**122 E. Park Drive, Montgomery, TX 77356**<br>**April Sound 04, Block 4, Lot 38,39**<br>Line from *Schedule A/B*: **1.1** | **$608,070.00** | ☑ **$565,292.76**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**lot contiguous to lots on which house is located**<br>**April Sound 04, Block 4, Lot 37**<br>Line from *Schedule A/B*: **1.2** | **$46,000.00** | ☑ **$44,873.23**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1

Debtor 1 **Glen L. Graves, II**
Debtor 2 **Diane C. Graves**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2013 Honda Crosstour (approx. 100,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | $9,788.00 | ☑ $9,788.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2002 Jaguar XSP**<br>**has not been in running condition for several years**<br>Line from *Schedule A/B*: __3.3__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**sofas (4) $2,000; side chairs (2) $50; coffee tables (2) $25; end tables (4) $50; lamps (4) $50; kitchen table and chairs $75;**<br>**dining room tables and chairs (2 sets) $150;**<br>**refrigerators (2) $500; microwave oven $25;**<br>**freezer $25; dressers (2) $50; armoire $50;**<br>**nightstand $25; beds (5) $500; hand tools $50;**<br>**power tools (2) $100; patio furniture $75;**<br>**washing machine $300; clothes dryer $200;**<br>**books $250; pictures/wall hangings $200; artwork $500; movies $25; music $50**<br>Line from *Schedule A/B*: __6__ | $4,300.00 | ☑ $4,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**television $75;speakers (4) $50; computer $150;**<br>**cell phones (2) $400;**<br>**Apple watch $200**<br>Line from *Schedule A/B*: __7__ | $875.00 | ☑ $875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**coins:  twenty (20) quarters worth $12.50 per coin = fair marke value $250;**<br>Line from *Schedule A/B*: __8__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**camera equipment $350;**<br>**two (2) bicycles $850;**<br>**treadmill exercise equipment $400;**<br>**golf clubs, bag, gloves, golf balls $750**<br>Line from *Schedule A/B*: __9__ | $2,350.00 | ☑ $2,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**12 gauge Smith & Wesson shotgun $200; .22 caliber Remington rifle $150**<br>Line from *Schedule A/B*: __10__ | **$350.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**clothes - Debtor 1:**<br>**suits, pants, shirts, shoes, belts, coats, neckties $250**<br><br>**clothes - Debtor 2:**<br>**dresses, suits, skirts, pants, shirts, shoes, belts, coats $250**<br>Line from *Schedule A/B*: __11__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**jewelry - Debtor 1:**<br>**wedding ring $100; gold necklace $250;**<br><br>**jewelry - Debtor 2:**<br>**diamond wedding ring $500**<br>Line from *Schedule A/B*: __12__ | **$850.00** | ☑ **$850.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**GLNX (employer sponsored) 401(k) plan**<br>Line from *Schedule A/B*: __21__ | **$310,185.56** | ☑ **$310,185.56**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Universal life insurance policy on life of Debtor 1 via Lincoln Financial Group - policy # xxxx132**<br><br>**Accumulated cash value $107,034.55**<br>**Less loan payoff $97,880.95**<br>**= net cash surrender value $9,153.60**<br>Line from *Schedule A/B*: __31__ | **$107,034.55** | ☑ **$9,153.60**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**term life insurance policy on life of Debtor 1**<br>**issued by Farmers Insurance**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**term life insurance on life of Debtor 1**<br>**issued by MetLife**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**term life insurance policy on life of Debtor 1 issued by Chubb**<br>Line from *Schedule A/B*: ___ **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

**Part 1:    List All Secured Claims**

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| | $40,553.34 | $33,189.00 | $7,364.34 |

**2.1**

**Ally Financial**
Creditor's name
**P.O. Box 130424**
Number    Street

_____

**Roseville        MN    55113**
City            State    ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred **02/27/2021**

**Describe the property that secures the claim:**
**2021 Ram 1500 Sport (approx. 64,000 miles)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Last 4 digits of account number    **5  0  3  6**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$40,553.34

Debtor 1 **Glen L. Graves, II**
Debtor 2 **Diane C. Graves**

Case number (if known) _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.2**

**Montgomery County**
Creditor's name
**Tax Assessor and Collector**
Number     Street
**400 N. San Jacinto St.**

_____

**Conroe**     **TX**   **77301**
City     State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   2019-2022

Describe the property that secures the claim:

**122 E. Park Drive, Montgomery, TX 77356**

Column A: **$42,777.24**    Column B: **$608,070.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **ad valorem property taxes**

Last 4 digits of account number   3   1   0   0

---

**2.3**

**Montgomery County**
Creditor's name
**Tax Assessor and Collector**
Number     Street
**400 N. San Jacinto St.**

_____

**Conroe**     **TX**   **77301**
City     State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   2022

Describe the property that secures the claim:

**lot adjacent to lots on which house is located**

Column A: **$1,126.77**    Column B: **$46,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **ad valorem property taxes**

Last 4 digits of account number   2   9   0   0

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$43,904.01**

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Veritex Community Bank**
Creditor's name
**8214 Westchester Drive**
Number      Street

_____

_____

**Dallas**                **TX**      **75225**
City                       State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   **02/18/2020**

Describe the property that secures the claim:

**rail cars**

**$1,100,795.00** | **$1,076,089.00** | **$24,706.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **rail cars**

**Last 4 digits of account number**     **2   3   3   6**

**note was modified on 02/18/2023;**
**balance = $1,090,595.02 principal plus $10,200 accrued interest**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$1,100,795.00**

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**

**$1,185,252.35**

**Fill in this information to identify your case:**

Debtor 1          **Glen**              **L.**              **Graves, II**
                  First Name           Middle Name        Last Name

Debtor 2          **Diane**             **C.**              **Graves**
(Spouse, if filing) First Name         Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

     ☐ No. Go to Part 2.
     ☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

     (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** |  | $45,423.70 | $37,000.00 | $8,423.70 |

**Internal Revenue Service**
Priority Creditor's Name
**P.O. Box 7346**
Number        Street

**Philadelphia          PA     19101-7346**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**                                        Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3.  **Do any creditors have nonpriority unsecured claims against you?**
☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**                                                                              $3,161.53

**Accredo Health Group, Inc.**
Nonpriority Creditor's Name
**P.O. Box 954041**
Number      Street

Last 4 digits of account number   5   0   4   4

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Louis        MO    63195-4041**
City                State    ZIP Code
Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Presription drugs**

**4.2**                                                                              $30,552.43

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 672050**
Number      Street

Last 4 digits of account number   4   1   2   1

When was the debt incurred?   2012 - 2023

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas             TX    75267-2050**
City                State    ZIP Code
Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

### 4.3

**$13,349.52**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 672050**
Number      Street
_____

_____

**Dallas**                    **TX**    **75267-2050**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amex**

**Last 4 digits of account number**    **2   6   4   0**
**When was the debt incurred?**    **2017 - 2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

### 4.4

**$25,183.25**

**Bank of America, N.A.**
Nonpriority Creditor's Name
**P.O. Box 31785**
Number      Street
_____

_____

**Tampa**                    **FL**    **33631-3785**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8   4   1   0**
**When was the debt incurred?**    **2012 - 2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Line of Credit**

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**
                                                Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.5**    **$3,278,541.00**

**Cadence Bank**
Nonpriority Creditor's Name
**1333 W. Loop South, Suite 1800**
Number       Street

**Houston**              **TX**    **77027**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3   6   8   2**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **loan to GLNX Corp; Debtor is guarantor**

**4.6**    **$772,024.00**

**Cadence Bank**
Nonpriority Creditor's Name
**1333 W. Loop South, Suite 1800**
Number       Street

**Houston**              **TX**    **77027**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3   8   0   2**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **loan to GLNX Corp.; Debtor is guarantor**

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**                                                        Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.7 | | $564,119.00 |
|---|---|---|

**GLNX Corporation**
Nonpriority Creditor's Name
**2201 Timberloch Place, Suite 125**
Number       Street

_____

| **The Woodlands** | **TX** | **77380** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Advances between 2020 - 2022 $450,803;**
**Advances prior to 2020 $87,421;**
**Advances from repair pools:**
  **- SAGG II Pool in 2011 $12,000;**
  **- FURX Pool $13,895**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**   1990-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **repairs and advances**

| 4.8 | | $231,572.00 |
|---|---|---|

**Jim Graves**
Nonpriority Creditor's Name
**2201 Timberloch Place, Suite 125**
Number       Street

_____

| **The Woodlands** | **TX** | **77380** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**original principal amount $88,000 at 6% interest;**
**estimated accrued simple interest $143,572**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**   06/01/1996

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **loan**

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**
_____

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

### 4.9

**Social Security Administration**
Nonpriority Creditor's Name

**Western Program Service Center**
Number     Street

**P.O. Box 2000**
_____

**$3,674.40**

Last 4 digits of account number   **9   5   0   4**

When was the debt incurred?   _____

| **Richmond** | **CA** | **94802-1791** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**BNC #: 23T2651G58178-A**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **benefits paid to Diane Graves**

### 4.10

**Synchrony Bank**
Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept.**
Number     Street

**P.O. Box 965065**
_____

**$5,549.07**

Last 4 digits of account number   **0   2   3   5**

When was the debt incurred?   **2019**

| **Orlando** | **FL** | **32896-5065** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Paypal Credit**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.11**                                                                                    **$9,665.00**

**United States Department of Education**          Last 4 digits of account number    x   x   x   x
Nonpriority Creditor's Name
**Claims Filing Unit**                             When was the debt incurred?    _____
Number     Street
**P.O. Box 8973**                                  As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
**Madison**            **WI**      **53708-8973**  ☐ Disputed
City                   State    ZIP Code
Who incurred the debt?     Check one.              Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                    ☑ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt       ☐ Other.  Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.12**                                                                                    **$7,817.00**

**United States Department of Education**          Last 4 digits of account number    x   x   x   x
Nonpriority Creditor's Name
**Claims Filing Unit**                             When was the debt incurred?    _____
Number     Street
**P.O. Box 8973**                                  As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
**Madison**            **WI**      **53708-8973**  ☐ Disputed
City                   State    ZIP Code
Who incurred the debt?     Check one.              Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                    ☑ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt       ☐ Other.  Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.13**                                                                                    **$15,808.00**

**United States Department of Education**          Last 4 digits of account number    x   x   x   x
Nonpriority Creditor's Name
**Claims Filing Unit**                             When was the debt incurred?    _____
Number     Street
**P.O. Box 8973**                                  As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
**Madison**            **WI**      **53708-8973**  ☐ Disputed
City                   State    ZIP Code
Who incurred the debt?     Check one.              Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                    ☑ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt       ☐ Other.  Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $45,423.70 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $45,423.70 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $33,290.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $4,927,726.20 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $4,961,016.20 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| **2.1** | **Calumet Refining, LLC**<br>Name<br>**2870 Water Front, Suite 200**<br>Number    Street<br><br>**Indianapolis**          **IN**      **46214**<br>City                         State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and lessor of a rail car; No. 83036; Master 325; Rider 28; Rate 400; Expir 03/2024 |
| **2.2** | **Calumet Refining, LLC**<br>Name<br>**2870 Water Front, Suite 200**<br>Number    Street<br><br>**Indianapolis**          **IN**      **46214**<br>City                         State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 86018; Master 325; Rider 28; Rate 400; Expir 03/2024 |
| **2.3** | **Clean Harbors Environmental Services**<br>Name<br>**P.O. Box 9149**<br>Number    Street<br><br>**Norwell**          **MA**      **02061**<br>City                     State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 122; Master 575; Rider 5; Rate 500; Expir 08/2024 |
| **2.4** | **Clean Harbors Environmental Services**<br>Name<br>**P.O. Box 9149**<br>Number    Street<br><br>**Norwell**          **MA**      **02061**<br>City                     State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 123; Master 575; Rider 5; Rate 500; Expir 08/2024 |

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**

Case number (if known) _____

### Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**  **What the contract or lease is for**

**2.5** **Clean Harbors Environmental Services**
Name
**P.O. Box 9149**
Number     Street

**Norwell**          **MA**     **02061**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 156; Master 575;
Rider 4; Rate 650;
Expir 08/2024

**2.6** **Clean Harbors Environmental Services**
Name
**P.O. Box 9149**
Number     Street

**Norwell**          **MA**     **02061**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 157; Master 575;
Rider 4; Rate 650;
Expir 08/2024

**2.7** **Crimson Renewable Energy, LLC**
Name
**370 17th St., Suite 3100**
Number     Street

**Denver**           **CO**     **80202**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 86117; Master 704;
Rider 4; Rate 400;
Expir 03/2026

**2.8** **Deltech Monomers OpCo, LLC**
Name
**119112 Scenic Hwy.**
Number     Street

**Baton Rouge**      **LA**     **70807**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 25010; Master 507;
Rider 29; Rate 600;
Expir 12/2025

**2.9** **Ecogreen Oleochemicals, Inc.**
Name
**2825 Wilcrest Dr., Suite 418**
Number     Street

**Houston**          **TX**     **77042**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 23566; Master 790;
Rider 25; Rate 475;
Expir 04/2025

**2.10** **ExxonMobil Chemical Co.**
Name
**21 Ocean Ltd. Way**
Number     Street
**Moncton, NB E1C OJ4**

City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 24130; Master 950;
Rider 226; Rate 500;
Expir 05/2025

**2.11** **Freedom Propane, LLC**
Name
**801 Barton Springs Rd.**
Number     Street

**Austin**           **TX**     **78704**
City                 State   ZIP Code

Debtor is principal, GLNX Corporation , Inc. is
Debtor's agent and is lessor of a rail car;
No. 34597; Master 606;
Rider 1; Rate 750;
Expir 12/2023

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**
_____    Case number (if known) _____

    **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.12**  **Freedom Propane, LLC**
Name
**801 Barton Springs Rd.**
Number    Street

**Austin**                    **TX**    **78704**
City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 34652; Master 606; Rider 1; Rate 750; Expir 12/2023

**2.13**  **GLNX Corporation**
Name
**2201 Timberloch Place, Suite 125**
Number    Street

**The Woodlands**              **TX**    **77380**
City                         State    ZIP Code

Management Agreement in which GLNX Corporation leases railcars owned by Debtors to third parties. GLNX Corporation accounts for  the income and expenses associated with the leasing of the property.

**2.14**  **Lodestar Rail Services**
Name
**7322 SW Freeway, Suite 600**
Number    Street

**Houston**                    **TX**    **77074**
City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 83038; Master 563; Rider 5; Rate 500; Expir 02/2023

**2.15**  **Lyondell**
Name
**One Houston Center**
Number    Street
**1221 McKinney St.**

**Houston**                    **TX**    **77010**
City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 34589; Master 523; Rider 2; Rate 824; Expir 08/2022

**2.16**  **Maple Leaf Foods, Inc.**
Name
**6355 Richmond Ave E.**
Number    Street
**Brandon, MB R7A 7M5**

City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 24124; Master 264; Rider 10; Rate 750; Expir 11/2023

**2.17**  **Martin Ashphalt Co.**
Name
**Three Riverway, Suite 400**
Number    Street

**Houston**                    **TX**    **77056**
City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 83039; Master 712; Rider 14; Rate 475; Expir 06/2025

**2.18**  **Martin Asphalt Co.**
Name
**Three Riverway, Suite 400**
Number    Street

**Houston**                    **TX**    **77056**
City                         State    ZIP Code

Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 23030; Master 712; Rider 14; Rate 475; Expir 06/2025

Debtor 1  **Glen L. Graves, II**
Debtor 2  **Diane C. Graves**

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.19** **Martin Asphalt Co.**<br>Name<br>**Three Riverway, Suite 400**<br>Number    Street<br><br>**Houston**       **TX**     **77056**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 23031; Master 712; Rider 14; Rate 475; Expir 06/2025 |
| **2.20** **Martin Asphalt Co.**<br>Name<br>**Three Riverway, Suite 400**<br>Number    Street<br><br>**Houston**       **TX**     **77056**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 23051; Master 712; Rider 14; Rate 475; Expir 06/2025 |
| **2.21** **Monument Chemical**<br>Name<br>**5501 W. Baker Rd.**<br>Number    Street<br><br>**Baytown**       **TX**     **77520**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 86089; Master 760; Rider 14; Rate 475; Expir 03/2025 |
| **2.22** **Monument Chemical**<br>Name<br>**5501 W. Baker Rd.**<br>Number    Street<br><br>**Baytown**       **TX**     **77520**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 3601; Master 760; Rider 14; Rate 475; Expir 03/2025 |
| **2.23** **MPG Logistics**<br>Name<br>**5174 Waterloo Drive**<br>Number    Street<br><br>**Acworth**       **GA**     **30101**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 25009; Master 255; Rider 24; Rate 600; Expir 03/2023 |
| **2.24** **Procter & Gamble**<br>Name<br>**P.O. Box 308050**<br>Number    Street<br><br>**Middleburg Heights**   **OH**   **44130**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 23567; Master 75; Rider 91; Rate 525; Expir 05/2027 |
| **2.25** **Rierden Chemical & Trading Co.**<br>Name<br>**P.O. Box 7072**<br>Number    Street<br><br>**Libertyville**    **IL**     **60048**<br>City              State    ZIP Code | Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 83024; Master 271; Rider 17; Rate 525; Expir 04/2023 |

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease | What the contract or lease is for

**2.26** | **Southwest Rail Industries**
Name
**P.O. Box 65**
Number     Street

**Weimar**                          **TX**     **78962**
City                                    State     ZIP Code

**Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;
No. 34723; Master 430;
Rider 38; Rate 650;
Expir 01/2024**

**2.27** | **Southwest Rail Industries**
Name
**P.O. Box 65**
Number     Street

**Weimar**                          **TX**     **78962**
City                                    State     ZIP Code

**Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;
No. 34739;  Master 430;
Rider 38; Rate 650;
Expir 01/2024**

**2.28** | **UGI Energy Services, Inc.**
Name
**835 Knitting Mills Way, Suite 2C01**
Number     Street

**Reading**                          **PA**     **19610**
City                                    State     ZIP Code

**Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;
No. 34335; Master 274;
Rider 6; Rate 695;
Expir 09/2024**

**2.29** | **UPM-KYMMENE**
Name
**55 Shuman Blvd., Suite 400**
Number     Street

**Naperville**                        **IL**     **60563**
City                                    State     ZIP Code

**Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;
No. 86041; Master 765;
Rider 2; Rate 515;
Expir 12/2023**

**Fill in this information to identify your case:**

Debtor 1    **Glen**      **L.**      **Graves, II**
First Name      Middle Name      Last Name

Debtor 2    **Diane**      **C.**      **Graves**
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☑ Yes

   In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

   **Diane C. Graves**
   Name of your spouse, former spouse, or legal equivalent
   **122 E. Park Drive**
   Number      Street

   **Montgomery**      **TX**      **77356**
   City      State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor          *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **GLNX Corporation** |
   Name

   **2201 Timberloch Place, Suite 125**
   Number      Street

   **The Woodlands**      **TX**      **77380**
   City      State      ZIP Code

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line **4.5**
   ☐ Schedule G, line _____
   **Cadence Bank**

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

### Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.2**   **GLNX Corporation**
Name

**2201 Timberloch Place, Suite 125**
Number        Street

_____

**The Woodlands**            **TX**        **77380**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.6**

☐ Schedule G, line _____

**Cadence Bank**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Glen** | **L.** | **Graves, II** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
    chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed | ☐ Employed |
| | ☐ Not employed | ☑ Not employed |
| **Occupation** | **Vice President - Maintenance** | |
| **Employer's name** | **GLNX Corporation** | |
| **Employer's address** | **2201 Timberloch Place, Suite 125** | |
| | Number   Street | Number   Street |
| | | |
| | **The Woodlands   TX   77380** | |
| | City            State   Zip Code | City                State   Zip Code |
| **How long employed there?** | **30 years** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $12,617.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4. | $12,617.00 | $0.00 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | | Copy line 4 here ................................................................ → | 4. | $12,617.00 | $0.00 |
| 5. | List all payroll deductions: | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $2,495.00 | $0.00 |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. | Required repayments of retirement fund loans | 5d. | $494.00 | $0.00 |
| | 5e. | Insurance | 5e. | $637.00 | $0.00 |
| | 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. | Union dues | 5g. | $0.00 | $0.00 |
| | 5h. | Other deductions. Specify: Legal Fees | 5h. + | $17.00 | $0.00 |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | | 6. | $3,643.00 | $0.00 |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4. | | 7. | $8,974.00 | $0.00 |
| 8. | List all other income regularly received: | | | | |
| | 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. | Social Security | 8e. | $0.00 | $306.00 |
| | 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| | 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. | Other monthly income. Specify: | 8h. + | $0.00 | $0.00 |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | | 9. | $0.00 | $306.00 |
| 10. | Calculate monthly income.  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $8,974.00 + $306.00 = | $9,280.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12. $9,280.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   None.

☐ Yes. Explain:

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Describe Your Household

**1.   Is this a joint case?**

☐ No.  Go to line 2.

☑ Yes.  **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No

☐ Yes.  Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.   The rental or home ownership expenses for your residence.**<br>Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,875.00** |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | **$85.00** |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | **$395.00** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$325.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | **$360.00** |

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

| | | Your expenses |
|---|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans   5.   _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas   6a.   **$575.00**

    6b.  Water, sewer, garbage collection   6b.   **$100.00**

    6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.   **$100.00**

    6d.  Other.  Specify: _____   6d.   _____

7.  **Food and housekeeping supplies**   7.   **$1,600.00**

8.  **Childcare and children's education costs**   8.   _____

9.  **Clothing, laundry, and dry cleaning**   9.   **$150.00**

10.  **Personal care products and services**   10.   **$40.00**

11.  **Medical and dental expenses**   11.   **$250.00**

12.  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.   12.   **$250.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   **$150.00**

14.  **Charitable contributions and religious donations**   14.   **$125.00**

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance   15a.   **$185.00**

    15b.  Health insurance   15b.   _____

    15c.  Vehicle insurance   15c.   **$200.00**

    15d.  Other insurance.  Specify: _____   15d.   _____

16.  **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   _____

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1   17a.   **$0.00**

    17b.  Car payments for Vehicle 2   17b.   _____

    17c.  Other.  Specify: **prescription drugs pmt plan**   17c.   **$250.00**

    17d.  Other.  Specify: _____   17d.   _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18.   **$1,850.00**

19.  **Other payments you make to support others who do not live with you.**
Specify: _____   19.   _____

Debtor 1  **Glen L. Graves, II**
Debtor 2  **Diane C. Graves** _____

Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21. Other.** Specify: **daughter's tuition and related expenses** _____  21.  + _____ **$400.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$9,265.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$9,265.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$9,280.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$9,265.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$15.00** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**Debtors will commence an installment agreement with the IRS at $600 per month**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Glen</strong></u></td><td><u><strong>L.</strong></u></td><td><u><strong>Graves, II</strong></u></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td><u><strong>Diane</strong></u></td><td><u><strong>C.</strong></u></td><td><u><strong>Graves</strong></u></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>SOUTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.............................................................   **$654,070.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B.................................................   **$1,584,882.68**

    1c.  Copy line 63, Total of all property on Schedule A/B............................................................   **$2,238,952.68**

## Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$1,185,252.35**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................   **$45,423.70**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**   **$4,961,016.20**

                                                                              **Your total liabilities**   **$6,191,692.25**

## Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.............................................................   **$9,280.00**

5.   *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J...................................................................   **$9,265.00**

Debtor 1  **Glen L. Graves, II**

Debtor 2  **Diane C. Graves**
_____     Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7.   What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.   From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.   Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                                _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)         _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.  Student loans.  (Copy line 6f.)                                                                          _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.  **Total.**  Add lines 9a through 9f.                                                               _____


**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Glen L. Graves, II** _____     X **/s/ Diane C. Graves** _____
Glen L. Graves, II, Debtor 1                                        Diane C. Graves, Debtor 2

Date **04/27/2023** _____     Date **04/27/2023** _____
MM / DD / YYYY                              MM / DD / YYYY

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Glen** | **L.** | **Graves, II** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 |
| **1070 N Hills Dr** | From **2016 part time** | | From _____ |
| Number    Street | To  **2023 part time** | Number    Street | To _____ |
| **Decatur**    **GA**   **30033** | | | |
| City    State   ZIP Code | | City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**                                          Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$43,355.19** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2022__)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$152,431.92** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2021__)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$147,681.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | Debtor 1 | | Debtor 2 | |
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$5,759.00 (est.)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2022__)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$84,400.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2021__)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$25,251.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1  **Glen L. Graves, II**

Debtor 2  **Diane C. Graves** _____  Case number (if known) _____

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Describe below. | Gross income from each source (before deductions and exclusions | Sources of income Describe below. | Gross income from each source (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | **Social Security benefits** | **$2,506.00** |
| | _____ | _____ | _____ | _____ |
| **For last calendar year:** (January 1 to December 31, **2022** ) YYYY | _____ | _____ | **Social Security benefits** | **$9,205.00** |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:** (January 1 to December 31, **2021** ) YYYY | **Interest Income** | **$128.00** | **Social Security benefits** | **$8,694.00** |
| | _____ | _____ | _____ | _____ |

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**                                      Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Veritex Bank** | | $50,165.34 | $1,090,595.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **9655 Katy Freeway #450** | 02/12/2023 | | | ☐ Credit card |
| Number       Street | 03/20/2023 | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Houston**           **TX**    **77024** | | | | ☑ Other  secured business de |
| City                        State   ZIP Code | | | | |

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Erica Schulz** | | $21,425.00 | | **court ordered child support** |
| Insider's name | | | | |
| **1298 Conway Rd., #B** | Mayl 2022 | | | |
| Number       Street | through | | | |
| | April 2023 | | | |
| **Decatur**           **GA**    **30030** | | | | |
| City                        State   ZIP Code | | | | |

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**                                        Case number (if known) _____

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

### Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No.  Go to line 11.

☐ Yes. Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

### Part 5:    List Certain Gifts and Contributions

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Chelsea Graves** <br> Person to Whom You Gave the Gift | **Support for daughter who is a full time graduate student** | **01/2023-04/2023** | **$3,150.00** |
| **1070 N. Hills Drive** <br> Number    Street | | **10/2021-12/2022** | **$5,306.00** |
| | | | |
| **Decatur                  GA      30033** <br> City                          State    ZIP Code | | | |

Person's relationship to you **Daughter**

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**                                                     Case number (if known) _____

**14.   Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Thich Nhat Hahn Foundation**<br>Charity's Name | **cash of $50 per month** | 05/2021-04/2023 | **$1,200.00** |
| **2499 Melru Lane**<br>Number      Street | | | |
| | | | |
| **Escondido**          **CA**      **92026**<br>City                          State    ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Houston Zen Center**<br>Charity's Name | **cash contributions of $75 per month** | ay 2021-April 20 | **$1,800.00** |
| **1605 Heights Blvd.**<br>Number      Street | | | |
| | | | |
| **Houston**          **TX**      **77008**<br>City                          State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15.   Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.   Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Patrick T. Williams, Attorney at Law**<br>Person Who Was Paid | | | |
| **4422 F.M. 1960 W., Suite 412**<br>Number      Street | | 04/12/2023 | **$5,338.00** |
| | | | |
| **Houston**      **TX**    **77068**<br>City                  State  ZIP Code | | | |
| <br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

Debtor 1  **Glen L. Graves, II**
Debtor 2  **Diane C. Graves**                                              Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**Access Counseling, Inc.**
Person Who Was Paid

**633 W. 5th Street**                                                              04/12/2023        $18.95
Number    Street

**Suite 26001**                                                                   _____   _____

**Los Angeles**          **CA**    **90071**
City                      State    ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**Jnus Henderson Investors**
Person Who Received Transfer

**P.O. Box 219109**                 **sold 1.822 shares Janus**     **received $227.33**              04/17/2023
Number    Street                     **Henderson Enterprise Fund**
                                     **(JANEX)**
_____

**Kansas City**          **MO**    **64121**
City                      State    ZIP Code

Person's relationship to you **none**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☒ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America** | | **coins (listed on Schedule B) and documents** | ☐ No |
| Name of Financial Institution | Name | | ☒ Yes |
| **247 S. Loop 336 W., Ste. 100** | | | |
| Number   Street | Number   Street | | |
| | | | |
| **Conroe**   **TX**  **77304** | | | |
| City   State  ZIP Code | City   State  ZIP Code | | |

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☒ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Chelsea Graves** | | **checking account no. xxxx4753, in which balance belongs to Debtors' daughter, and in which Debtor 1 is a joint account holder** | **$756.27** |
| Owner's Name | | | |
| **1070 N. Hills Dr.** | **Bank of America** | | |
| Number   Street | Number   Street | | |
| | | | |
| **Decatur**   **GA**  **30033** | | | |
| City   State  ZIP Code | City   State  ZIP Code | | |

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves**                                                    Case number (if known) _____

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **GLNX Corporation** | Describe the nature of the business | Employer Identification number |
| Business Name | **Railcar lessor and management company** | Do not include Social Security number or ITIN. |
| **2201 Timberloch Place, #125** | | EIN: 7  4 – 1  8  4  1  5  0  2 |
| Number     Street | Name of accountant or bookkeeper | |
| _____ | **Warner Able, Jr.** | Dates business existed |
| | | |
| **The Woodlands    TX   77380** | | From _____1975_____  To ___present___ |
| City                    State   ZIP Code | | |

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**

Case number (if known) _____

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes.  Fill in the details below.

| | **Date issued** |
|---|---|
| **Veritex Community Bank** | _____ |
| Name | |
| **8214 Westchester Drive** | |
| Number      Street | |
| | |
| _____ | |
| **Dallas**                          **TX**      **75225** | |
| City                                State    ZIP Code | |

Debtor 1   **Glen L. Graves, II**
Debtor 2   **Diane C. Graves**

Case number (if known) _____

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Glen L. Graves, II**                          X **/s/ Diane C. Graves**
_____                    _____
Glen L. Graves, II, Debtor 1                          Diane C. Graves, Debtor 2

Date   **04/27/2023**                              Date   **04/27/2023**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                          *Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Glen** | **L.** | **Graves, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane** | **C.** | **Graves** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2021 Ram 1500 Sport (approx. 64,000 miles)** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Veritex Community Bank**<br><br>Description of property securing debt: **rail cars** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**

Case number (if known) _____

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will this lease be assumed?**

Lessor's name:    **Calumet Refining, LLC**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and lessor of a rail car;**
**No. 83036; Master 325;**
**Rider 28; Rate 400;**
**Expir 03/2024**

☑ No
☐ Yes

Lessor's name:    **Calumet Refining, LLC**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;**
**No. 86018; Master 325;**
**Rider 28; Rate 400;**
**Expir 03/2024**

☑ No
☐ Yes

Lessor's name:    **Clean Harbors Environmental Services**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;**
**No. 122; Master 575;**
**Rider 5; Rate 500;**
**Expir 08/2024**

☑ No
☐ Yes

Lessor's name:    **Clean Harbors Environmental Services**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;**
**No. 123; Master 575;**
**Rider 5; Rate 500;**
**Expir 08/2024**

☑ No
☐ Yes

Lessor's name:    **Clean Harbors Environmental Services**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;**
**No. 156; Master 575;**
**Rider 4; Rate 650;**
**Expir 08/2024**

☑ No
☐ Yes

Lessor's name:    **Clean Harbors Environmental Services**
Description of leased property:    **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;**
**No. 157; Master 575;**
**Rider 4; Rate 650;**
**Expir 08/2024**

☑ No
☐ Yes

Debtor 1   **Glen L. Graves, II**

Debtor 2   **Diane C. Graves**
_____   Case number (if known) _____

**Describe your unexpired personal property leases**                                    **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Crimson Renewable Energy, LLC** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 86117; Master 704;** | |
| | **Rider 4; Rate 400;** | |
| | **Expir 03/2026** | |

| | | |
|---|---|---|
| Lessor's name: | **Deltech Monomers OpCo, LLC** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 25010; Master 507;** | |
| | **Rider 29; Rate 600;** | |
| | **Expir 12/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **Ecogreen Oleochemicals, Inc.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 23566; Master 790;** | |
| | **Rider 25; Rate 475;** | |
| | **Expir 04/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **ExxonMobil Chemical Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 24130; Master 950;** | |
| | **Rider 226; Rate 500;** | |
| | **Expir 05/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **Freedom Propane, LLC** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 34597; Master 606;** | |
| | **Rider 1; Rate 750;** | |
| | **Expir 12/2023** | |

| | | |
|---|---|---|
| Lessor's name: | **Freedom Propane, LLC** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 34652; Master 606;** | |
| | **Rider 1; Rate 750;** | |
| | **Expir 12/2023** | |

| | | |
|---|---|---|
| Lessor's name: | **GLNX Corporation** | ☑ No |
| Description of leased property: | **Management Agreement in which GLNX Corporation leases railcars owned by Debtors to third parties.  GLNX Corporation accounts for the income and expenses associated with the leasing of the property.** | ☐ Yes |

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**
_____    Case number (if known) _____

**Describe your unexpired personal property leases**                                          **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Lodestar Rail Services** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 83038; Master 563;** | |
| | **Rider 5; Rate 500;** | |
| | **Expir 02/2023** | |

| | | |
|---|---|---|
| Lessor's name: | **Lyondell** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 34589; Master 523;** | |
| | **Rider 2; Rate 824;** | |
| | **Expir 08/2022** | |

| | | |
|---|---|---|
| Lessor's name: | **Maple Leaf Foods, Inc.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 24124; Master 264;** | |
| | **Rider 10; Rate 750;** | |
| | **Expir 11/2023** | |

| | | |
|---|---|---|
| Lessor's name: | **Martin Ashphalt Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 83039; Master 712;** | |
| | **Rider 14; Rate 475;** | |
| | **Expir 06/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **Martin Asphalt Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 23030; Master 712;** | |
| | **Rider 14; Rate 475;** | |
| | **Expir 06/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **Martin Asphalt Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 23031; Master 712;** | |
| | **Rider 14; Rate 475;** | |
| | **Expir 06/2025** | |

| | | |
|---|---|---|
| Lessor's name: | **Martin Asphalt Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car;** | ☐ Yes |
| | **No. 23051; Master 712;** | |
| | **Rider 14; Rate 475;** | |
| | **Expir 06/2025** | |

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves** _____    Case number (if known) _____

**Describe your unexpired personal property leases**        **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Monument Chemical** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 86089; Master 760; Rider 14; Rate 475; Expir 03/2025** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **Monument Chemical** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 3601; Master 760; Rider 14; Rate 475; Expir 03/2025** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **MPG Logistics** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 25009; Master 255; Rider 24; Rate 600; Expir 03/2023** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **Procter & Gamble** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 23567; Master 75; Rider 91; Rate 525; Expir 05/2027** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **Rierden Chemical & Trading Co.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 83024; Master 271; Rider 17; Rate 525; Expir 04/2023** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **Southwest Rail Industries** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 34723; Master 430; Rider 38; Rate 650; Expir 01/2024** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **Southwest Rail Industries** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 34739;  Master 430; Rider 38; Rate 650; Expir 01/2024** | ☐ Yes |

Debtor 1    **Glen L. Graves, II**

Debtor 2    **Diane C. Graves** _____    Case number (if known) _____

**Describe your unexpired personal property leases**      **Will this lease be assumed?**

| Lessor's name: | **UGI Energy Services, Inc.** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 34335; Master 274; Rider 6; Rate 695; Expir 09/2024** | ☐ Yes |

| Lessor's name: | **UPM-KYMMENE** | ☑ No |
| Description of leased property: | **Debtor is principal, GLNX Corporation , Inc. is Debtor's agent and is lessor of a rail car; No. 86041; Master 765; Rider 2; Rate 515; Expir 12/2023** | ☐ Yes |

Debtor 1    **Glen L. Graves, II**
Debtor 2    **Diane C. Graves**
_____    Case number (if known) _____

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Glen L. Graves, II**
_____
Glen L. Graves, II, Debtor 1

Date **04/27/2023**
MM / DD / YYYY

X **/s/ Diane C. Graves**
_____
Diane C. Graves, Debtor 2

Date **04/27/2023**
MM / DD / YYYY

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re  **Glen L. Graves, II**
        **Diane C. Graves**

Case No.  _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee:     **$5,338.00**

Prior to the filing of this statement I have received........................................................     **$5,338.00**

Balance Due................................................................................................................     **$0.00**

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in adversary proceedings;**
   **Representation in actions brought to determine whether a debt is included in the discharge;**
   **Representations in any action brought to determine whether debtor should get a discharge**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| __04/27/2023__ | __/s/ Patrick T. Williams__ |
|---|---|
| *Date* | *Patrick T. Williams*          Bar No.  00789729 |
| | Patrick T. Williams, Attorney at Law |
| | 13231 Champion Forest Dr., Suite 214 |
| | Houston, TX 77069 |
| | Phone: (281) 587-2823 / Fax: (281) 587-0123 |